1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON, | ) 1:06cv1708 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO SUBMIT |
| | ) COMPLETED APPLICATION TO PROCEED |
| v. | ) IN FORMA PAUPERIS |
| | ) |
| UNITED STATES DISTRICT COURT, | ) |
| | ) |
| | ) |
| Defendants. | ) |

17    Plaintiff, a state prisoner proceeding pro se, filed the instant petition for writ of

18  mandamus on November 27, 2006.  Plaintiff also filed an application to proceed in forma

19  pauperis.  However, Plaintiff did not complete the proper in forma pauperis application or submit

20  the required supporting documentation.

21    Accordingly, Plaintiff is ORDERED to submit a completed application to proceed in

22  forma pauperis, along with all necessary documentation, within thirty (30) days of the date of

23  service of this order.  The Clerk of the Court shall send Plaintiff the appropriate application.

24    Failure to comply with this order will result in a recommendation that this action be

25  dismissed.

26    IT IS SO ORDERED.

27  **Dated:   December 8, 2006**           _____/s/ **Dennis L. Beck**_____
    3b142a                                  UNITED STATES MAGISTRATE JUDGE

28

1