# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON, | ) 1:06cv1708 AWI DLB <br> ) <br> ) <br> ) ORDER ADOPTING FINDINGS AND <br> ) RECOMMENDATION AND DISMISSING <br> ) ACTION <br> ) <br> ) (Document 6) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| UNITED STATES DISTRICT COURT, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed the instant petition for mandamus on November 27, 2006.

On January 24, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated January 24, 2007, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   March 16, 2007**                              **/s/ Anthony W. Ishii**
0m8i78                                                                  UNITED STATES DISTRICT JUDGE